```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


RAYMOND STEVENS, ET AL          :
                                :
V.                              :    CIV. NO.  3:07CV735(JCH)
                                :
METZO PAPER USA, INC.,          :
ET AL                           :
                                :
```

## Discovery Ruling

The Court held a discovery conference on June 2, 2008 to address the objections of Defendant Metzo Paper USA, Inc. to several of plaintiff's Third Request for Production of Documents. The Court hereby memorializes the parties' agreement.

Document Request No. 5 seeks "copies of all patents you have or had rights to or you own regarding guarding of nip points for rollers or drums." Defendant agrees to provide plaintiff with this information.

Document Request No. 6 seeks "copies of minutes, memos, e-mails or other documents discussing injuries resulting from nip points in machinery manufactured, designed, sold or distributed by you." Defendant agrees to provide this information for the three cases identified by the plaintiffs, for which they have already been provided the complaint and answer.

Document Request No. 7 seeks "your file or files on nip injuries on machinery manufactured, designed, assembled or sold by you." Document Request No. 8 seeks "documents pertaining to experts or consultants hired or otherwise engaged by you to address injuries resulting from nip points in machinery manufactured, designed, assembled or sold by you." Document

Request No. 10 seeks "feasibility studies, safety studies and/or cost studies done regarding the addition of guarding to nip points on machinery manufactured, designed, assembled or sold by you."  Plaintiff has agreed to tailor these requests to seek only information pertinent to the Thru Air Dryer, and defendant will then produce responsive documents.

Document Request No. 9 seeks "blueprints or design drawings drawn for or designed by you that contain guarding or guards on nip points created by rollers or drums on machinery you manufacture, design, distribute or sell."  Plaintiff has narrowed this request and defendant agrees to produce any blueprints or design drawings for guards installed on Thru Air Dryers.

The parties agreed that all production will be made within two weeks from the date of the conference.

This is not a recommended ruling.  This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

ENTERED at Bridgeport this 23rd day of June 2008.

                                                ____/s/_____
                                                HOLLY B. FITZSIMMONS
                                                UNITED STATES MAGISTRATE JUDGE